UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT,<br><br>                 Plaintiff,<br><br>    v.<br><br>E. MADRUGA, et al.,<br><br>                 Defendants. | 1:13-cv-01659-GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 30 DAYS |

       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 15, 2013. (Doc. 1.) On October 16, 2013, Plaintiff submitted a partial application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. However, Plaintiff failed to submit the first page of the application to proceed in forma pauperis. Plaintiff shall be granted additional time to submit a complete application.

       Accordingly, IT IS HEREBY ORDERED that:

       Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. Plaintiff is not required to submit another copy of his trust

1

account statement.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **October 24, 2013**                              **/s/ Gary S. Austin**
                                                                               UNITED STATES MAGISTRATE JUDGE