UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT,<br><br>    Plaintiff,<br><br>    vs.<br><br>E. MADRUGA, et al.,<br><br>    Defendants. | 1:13-cv-01659-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR HEARING AS MOOT (Doc. 20.) |

   Ess'nn A. Aubert ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.

   On September 15, 2014, Plaintiff filed a request for a court hearing for on his request for entry of default filed on September 4, 2014. (Doc. 20.) On September 8, 2014, the court issued an order denying Plaintiff's request for entry of default. (Doc. 19.) Therefore, Plaintiff's request for a hearing is moot.

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a court hearing, filed on September 15, 2014, is DENIED as moot.

IT IS SO ORDERED.

   Dated:   **September 18, 2014**           **/s/ Gary S. Austin**
                        UNITED STATES MAGISTRATE JUDGE