UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'N A. AUBERT, | 1:13-cv-01659-AWI-EPG-PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS |
| vs. | |
| E. MADRUGA, et al., | |
| Defendants. | (ECF No. 42.) |

On October 30, 2015, Defendants filed a motion for summary judgment. (ECF No. 42.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

Accordingly, IT IS HEREBY ORDERED that:

1.     Within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion for summary judgment of October 30, 2015; and

2.     If Plaintiff fails to comply with this order, this action may be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:     **December 4, 2015**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE