UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>E. MADRUGA and B. HOBBS,<br><br>　　　　　Defendants. | 1:13-cv-01659-DAD-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**September 28, 2016 at 3:00 p.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference on Wednesday, **September 28, 2016 at 3:00 p.m.**, before Magistrate Judge Erica P. Grosjean. The parties shall be prepared to discuss the status of this case, Defendants' willingness to consent to Magistrate Judge jurisdiction for trial, and a plan for proceeding toward trial. To join the conference, each party is directed to call the toll-free telephone number **(888) 251-2909** and use Access Code **1024453**, at **3:00 p.m. on September 28, 2016.**

IT IS SO ORDERED.

　　Dated:　**September 1, 2016**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE