UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. MADRUGA AND B. HOBBS,<br><br>　　　　Defendants. | 1:13-cv-01659-DAD-EPG (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF HIS CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT |

　　　IT IS ORDERED that the Clerk of Court is DIRECTED to send Plaintiff a copy of his confidential settlement conference statement, which the Court received on October 26, 2016.

IT IS SO ORDERED.

　　Dated:　**November 15, 2016**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE