UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>E. MADRUGA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01659-DAD-EPG<br><br>**ORDER PLAINTIFF NO LONGER REQUIRED FOR SETTLEMENT CONFERENCE** |

　　　Settlement Conference as to Ess'nn A. Aubert #V-77688, has concluded and he can be returned to his permanent housing unit.

IT IS SO ORDERED.

Dated:   November 23, 2016              /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1